# United States District Court
## District Of Connecticut

**UNITED STATES OF AMERICA**

v.

**TED S. KACZYNSKI**

**CRIMINAL COMPLAINT**

Criminal Number: 3;08pc117TPS

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about April 15, 2008, in New London County, in the District of Connecticut, the defendant did, in violation of Title 21 United States Code, Section 844(a), possess marijuana. I further state that I am a Department of Defense Police Officer and that this complaint is based on the following facts:

In that Ted S. Kaczynski, did, on board Naval Submarine Base New London, Groton, Connecticut, on April 15, 2008, knowingly possess a controlled substance, to wit: marijuana.

_____
Signature of Complainant

Continued on the next page:   [  ] Yes    [ X ] No

Sworn to before me and subscribed in my presence on this 6th day of May, 2008, at Hartford, Connecticut.

Barbara Sunbury, Deputy Clerk        _____
Name and Title of Judicial Officer        Signature of Judicial Officer