TOTAL TIME: ___ hours _5_ minutes

HONORABLE _Smith_
DEPUTY CLERK _Sunbury_ RPTR/ERO/TAPE
USPO ☑ PTSO ☐ _Rafferty_ INTERPRETER ___
DATE _5/6/08_ START TIME _10:40_ END TIME _10:45_

UNITED STATES OF AMERICA   CR _3080027TS_ DEFT # ___
vs                                        _Charles_
                                          _Michael Payne_ , AUSA
_Ted S. Kaczynski_

                                          _Terence Ward_
                              Counsel for Defendants  Appt - (A), Retd - (R), FPD - (P)

☐ **NAVAL BASE HEARING**  ☑ **INITIAL PRESENTMENT**

☐ . . . . . . Deft failed to appear. Oral Motion for issuance of Warrant - ☐ Granted  ☐ Denied

☐ . . . . . . Govt's oral motion for issuance of Summons - ☐ Granted  ☐ Denied

☑ . . . Date of arrest: _4-15-08_

☐ . . . . . . . . Defendant released on own recognizance

☐ . . CJA 23 Financial Affidavit filed ☐ under seal

☐ . Order appointing Federal Public Defender filed

☐ . . . . . . Court appoints Atty. _____ to represent deft for ☐ this proceeding only ☐ all proceedings

☐ . Appearance of _____ filed

☐ . . . . . . ☐ Complaint filed  ☐ Complaint to be filed by _____

☐ Consent to be Tried by US Magistrate filed

☐ . . . Plea Agreement Letter filed ☐ Special Assessment of $50.00/$25.00 to be paid immediately

☐ . . . . Counts _____ : Plea of ☐ not guilty  ☐ guilty  ☐ nolo contendere

☐ . . Jury Selection set for _____ at _____

☐ Sentencing set for _____ at _____

☐ . . . . . . ☐ Oral Motion for Dismissal ☐ Govt's Motion for Dismissal filed ☐ granted ☐ denied ☐ adv

☐ . . . . . . Govt/Def oral motion _____ ☐ granted ☐ denied ☐ adv

☐ Motion for Continuance and Authorization in connection with PTD ☐ filed ☐ granted ☐ denied ☐ adv

☐ . . . . . . Pretrial Diversion Waiver ☐ filed ☐ to be filed

☐ . . . . . . Pretrial Diversion Agreement ☐ filed ☐ to be filed

☐ . . . . . . Naval Base Hearing continued until next session

☑ . . . . . . _Cont'd to 9/9/08_